| **Fill in this information to identify your case:** |
| --- |

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____    Chapter __11__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
| --- | --- | --- |
| 1. | **Debtor's name** | **Best Rock Quarry, Inc.** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **26-4550519** |

| | | | |
| --- | --- | --- | --- |
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **26282 Neuman St.** **Barstow, CA 92311** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **San Bernardino** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

| | | |
| --- | --- | --- |
| 5. | **Debtor's website** (URL) | |

| | | |
| --- | --- | --- |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

| Debtor | Best Rock Quarry, Inc. | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**7.   Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

___

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

| Debtor | **Best Rock Quarry, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
|---|---|---|---|
| District | _____ | When | ____ | Case number, if known | _____ |

**11.  Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

---

### ▉ Statistical and administrative information

**13.  Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of creditors**

| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.  Estimated Assets**

| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.  Estimated liabilities**

| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|

---

Debtor    **Best Rock Quarry, Inc.**                                          Case number (*if known*)
Name

☐ $50,001 - $100,000              ☐ $10,000,001 - $50  million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000            ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million           ☐ $100,000,001 - $500 million    ☐ More than $50 billion

Debtor  **Best Rock Quarry, Inc.**        Case number (*if known*) _____
    Name

---

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| **17. Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   8 - 22 - 23
         MM / DD / YYYY

X _____      **Scott Martin**
  Signature of authorized representative of debtor      Printed name

Title    **CEO**

---

**18. Signature of attorney**    X _____    Date   *August 22, 2023*
    Signature of attorney for debtor                  MM / DD / YYYY

**Lazaro E. Fernandez 134430**
Printed name

**Law Office of Lazaro E. Fernandez, Inc.**
Firm name

**3600 Lime St., Ste. 326**
**Riverside, CA 92501**
Number, Street, City, State & ZIP Code

Contact phone   **T: 951-684-4474**     Email address   **lef17@pacbell.net**

**134430 CA**
Bar number and State

| Form **1120-S** | **U.S. Income Tax Return for an S Corporation** | OMB No. 1545-0123 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation. Go to *www.irs.gov/Form1120S* for instructions and the latest information. | **2022** |

For calendar year 2022 or tax year beginning _____, 2022, ending _____,

| **A** S election effective date | | **D** Employer identification number |
|---|---|---|
| 3/10/2009 | **TYPE** | 26-4550519 |
| **B** Business activity code number (see instructions) | **OR** | **E** Date incorporated |
| 212320 | **PRINT** | 3/10/2009 |
| **C** Check if Schedule M-3 attached ☐ | BEST ROCK QUARRY, INC.<br>26282 NEUMAN ROAD<br>BARSTOW, CA 92311 | **F** Total assets (see instructions)<br>$ 4,007,039. |

**G** Is the corporation electing to be an S corporation beginning with this tax year? See instructions. ☐ Yes ☒ No

**H** Check if: **(1)** ☐ Final return **(2)** ☐ Name change **(3)** ☐ Address change **(4)** ☐ Amended return **(5)** ☐ S election termination

**I** Enter the number of shareholders who were shareholders during any part of the tax year . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

**J** Check if applicable: **(1)** ☐ Aggregated activities for section 465 at-risk purposes **(2)** ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 21. See the instructions for more information.

| | | | |
|---|---|---|---|
| **INCOME** | **1a** Gross receipts or sales . . . . . . . . . . . . . . . . . . . . . . . . . | **1a** | |
| | **b** Returns and allowances . . . . . . . . . . . . . . . . . . . . . | **1b** | |
| | **c** Balance. Subtract line 1b from line 1a . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **1c** | |
| | **2** Cost of goods sold (attach Form 1125-A) . . . . . . . . . . . . . . . . . . . . . . . | **2** | |
| | **3** Gross profit. Subtract line 2 from line 1c . . . . . . . . . . . . . . . . . . . . . . . | **3** | |
| | **4** Net gain (loss) from Form 4797, line 17 (attach Form 4797) . . . . . . . . . . . . . . . | **4** | |
| | **5** Other income (loss) (see instrs — att statement) . . . . . . . . . . . . . . . . . . . | **5** | |
| | **6** **Total income (loss).** Add lines 3 through 5 . . . . . . . . . . . . . . . . . . . . . . . | **6** | |
| **DEDUCTIONS (SEE INSTRS)** | **7** Compensation of officers (see instructions — attach Form 1125-E) . . . . . . . . . . | **7** | |
| | **8** Salaries and wages (less employment credits) . . . . . . . . . . . . . . . . . . | **8** | |
| | **9** Repairs and maintenance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **9** | |
| | **10** Bad debts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **10** | |
| | **11** Rents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **11** | |
| | **12** Taxes and licenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **12** | 822. |
| | **13** Interest (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **13** | |
| | **14** Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) . . . | **14** | 1,895. |
| | **15** Depletion **(Do not deduct oil and gas depletion.)** . . . . . . . . . . . . . . . . . | **15** | |
| | **16** Advertising . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **16** | |
| | **17** Pension, profit-sharing, etc., plans . . . . . . . . . . . . . . . . . . . . . . . | **17** | |
| | **18** Employee benefit programs . . . . . . . . . . . . . . . . . . . . . . . . . . . | **18** | |
| | **19** Other deductions (attach statement) . . . . . . . . . . . . . . . . . . . . . . **SEE STATEMENT 1** | **19** | 6,552. |
| | **20** **Total deductions.** Add lines 7 through 19 . . . . . . . . . . . . . . . . . . . . | **20** | 9,269. |
| | **21** **Ordinary business income (loss).** Subtract line 20 from line 6 . . . . . . . . . . | **21** | -9,269. |
| **TAX AND PAYMENTS** | **22a** Excess net passive income or LIFO recapture tax (see instructions) . . . . . . | **22a** | |
| | **b** Tax from Schedule D (Form 1120-S) . . . . . . . . . . . . . . . . | **22b** | |
| | **c** Add lines 22a and 22b (see instructions for additional taxes) . . . . . . . . . . . | **22c** | |
| | **23a** 2022 estimated tax payments and 2021 overpayment credited to 2022 . . . . . | **23a** | |
| | **b** Tax deposited with Form 7004 . . . . . . . . . . . . . . . . . . | **23b** | |
| | **c** Credit for federal tax paid on fuels (attach Form 4136) . . . . . . . . . . | **23c** | |
| | **d** Add lines 23a through 23c . . . . . . . . . . . . . . . . . . . . . . . . . . . | **23d** | |
| | **24** Estimated tax penalty (see instructions). Check if Form 2220 is attached . . . . . . . . . . . . . ☐ | **24** | |
| | **25** Amount owed. If line 23d is smaller than the total of lines 22c and 24, enter amount owed . . . . . . | **25** | 0. |
| | **26** Overpayment. If line 23d is larger than the total of lines 22c and 24, enter amount overpaid . . . . . . | **26** | |
| | **27** Enter amount from line 26: Credited to 2023 estimated tax _____ Refunded ▶ | **27** | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer _____ Date _____ Title **SECRETARY**

May the IRS discuss this return with the preparer shown below? See instructions. ☒ **Yes** ☐ **No**

| **Paid Preparer Use Only** | Print/Type preparer's name<br>GREG A. PRICE, CPA | Preparer's signature | Date | Check ☐ if self-employed | PTIN<br>P00048589 |
|---|---|---|---|---|---|
| | Firm's name ▶ PRICE & FARRINGTON | | | Firm's EIN ▶ 33-0784285 | |
| | Firm's address ▶ 9404 GENESEE AVE STE 210<br>LA JOLLA, CA 92037 | | | Phone no. (858) 657-9000 | |

**BAA For Paperwork Reduction Act Notice, see separate instructions.** SPSA0112 09/14/22 Form **1120-S** (2022)

Form 1120-S (2022)   BEST ROCK QUARRY, INC.                                    26-4550519                    Page **2**

| **Schedule B** | **Other Information**   (see instructions) | | | | Yes | No |
|---|---|---|---|---|---|---|

**1**  Check accounting method:  **a** ☒ Cash  **b** ☐ Accrual  **c** ☐ Other (specify) _____

**2**  See the instructions and enter the:

  **a** Business activity ROCK QUARRY _____  **b** Product or service  MINING _____

**3**  At any time during the tax year, was any shareholder of the corporation a disregarded entity, a trust, an estate, or a nominee or similar person? If "Yes," attach Schedule B-1, Information on Certain Shareholders of an S Corporation . . . . . .      X

**4**  At the end of the tax year, did the corporation:

  **a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below.      X

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage of Stock Owned | (v) If Percentage in (iv) is 100%, Enter the Date (if applicable) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

  **b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below . . . . . . . . . . .      X

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum % Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**5a** At the end of the tax year, did the corporation have any outstanding shares of restricted stock? . . . . . . . . . . . . . . . .      X

  If "Yes," complete lines (i) and (ii) below.

  **(i)** Total shares of restricted stock . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____

  **(ii)** Total shares of non-restricted stock . . . . . . . . . . . . . . . . . . . . . . . . . . _____

  **b** At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments? . . . . .      X

  If "Yes," complete lines (i) and (ii) below.

  **(i)** Total shares of stock outstanding at the end of the tax year . . . . . . . . . . . . . . _____

  **(ii)** Total shares of stock outstanding if all instruments were executed . . . . . . . . . . . _____

**6**  Has this corporation filed, or is it required to file, **Form 8918**, Material Advisor Disclosure Statement, to provide information on any reportable transaction? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .      X

**7**  Check this box if the corporation issued publicly offered debt instruments with original issue discount . . . . . . . . . . . . . . . ☐

  If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments.

**8**  If the corporation **(a)** was a C corporation before it elected to be an S corporation **or** the corporation acquired an asset with a basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation, **and (b)** has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years. See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

**9**  Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .      X

**10**  Does the corporation satisfy one or more of the following? See instructions. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .      X

  **a** The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense.

  **b** The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $27 million and the corporation has business interest expense.

  **c** The corporation is a tax shelter and the corporation has business interest expense.

  If "Yes," complete and attach **Form 8990**, Limitation on Business Interest Expense Under Section 163(j).

**11**  Does the corporation satisfy **both** of the following conditions? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .      X

  **a** The corporation's total receipts (see instructions) for the tax year were less than $250,000.

  **b** The corporation's total assets at the end of the tax year were less than $250,000.

  If "Yes," the corporation is not required to complete Schedules L and M-1.

SPSA0112  09/14/22                                                                                         Form **1120-S** (2022)

Form 1120-S (2022)   BEST ROCK QUARRY, INC.                                    26-4550519          **Page 3**

| Schedule B | Other Information   (see instructions) *(continued)* | | Yes | No |
|---|---|---|---|---|
| **12** | During the tax year, did the corporation have any non-shareholder debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt?........................................................ | | | X |
| | If "Yes," enter the amount of principal reduction........................................ $ _____ | | | |
| **13** | During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If "Yes," see instructions..... | | | X |
| **14a** | Did the corporation make any payments in 2022 that would require it to file Form(s) 1099?........................ | | | X |
| **b** | If "Yes," did or will the corporation file required Form(s) 1099? | | | |
| **15** | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund?................................ | | | X |
| | If "Yes," enter the amount from Form 8996, line 15 ........................................ $ | | | |

| Schedule K | | Shareholders' Pro Rata Share Items | | Total amount |
|---|---|---|---|---|
| **Income (Loss)** | **1** | Ordinary business income (loss) (page 1, line 21)............................................... | **1** | -9,269. |
| | **2** | Net rental real estate income (loss) (attach Form 8825)..................................... | **2** | |
| | **3a** | Other gross rental income (loss)........................................... **3a** | | |
| | **b** | Expenses from other rental activities (attach statement)...................... **3b** | | |
| | **c** | Other net rental income (loss). Subtract line 3b from line 3a................ | **3c** | |
| | **4** | Interest income....................................................... | **4** | |
| | **5** | Dividends:  **a** Ordinary dividends...................................... | **5a** | |
| | | **b** Qualified dividends......................... **5b** | | |
| | **6** | Royalties.............................................................. | **6** | |
| | **7** | Net short-term capital gain (loss) (attach Schedule D (Form 1120-S))..... | **7** | |
| | **8a** | Net long-term capital gain (loss) (attach Schedule D (Form 1120-S))...... | **8a** | |
| | **b** | Collectibles (28%) gain (loss)................................. **8b** | | |
| | **c** | Unrecaptured section 1250 gain (attach statement)................. **8c** | | |
| | **9** | Net section 1231 gain (loss) (attach Form 4797)............................ | **9** | |
| | **10** | Other income (loss) (see instructions)........... Type: | **10** | |
| **Deduc-tions** | **11** | Section 179 deduction (attach Form 4562)................................. | **11** | |
| | **12a** | Charitable contributions.............................................. | **12a** | |
| | **b** | Investment interest expense............................................ | **12b** | |
| | **c** | Section 59(e)(2) expenditures.................... Type: _____ | **12c** | |
| | **d** | Other deductions (see instructions)........... Type: | **12d** | |
| **Credits** | **13a** | Low-income housing credit (section 42(j)(5))............................ | **13a** | |
| | **b** | Low-income housing credit (other)...................................... | **13b** | |
| | **c** | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable)............. | **13c** | |
| | **d** | Other rental real estate credits (see instrs)..... Type: _____ | **13d** | |
| | **e** | Other rental credits (see instructions)........... Type: _____ | **13e** | |
| | **f** | Biofuel producer credit (attach Form 6478)............................ | **13f** | |
| | **g** | Other credits (see instructions)............... Type: | **13g** | |
| **Interna-tional** | **14** | Attach Schedule K-2 (Form 1120-S), Shareholders' Pro Rata Share Items—International, and check this box to indicate you are reporting items of international tax relevance........... ☐ | | |
| **Alterna-tive Mini-mum Tax (AMT) Items** | **15a** | Post-1986 depreciation adjustment .................................... | **15a** | -11. |
| | **b** | Adjusted gain or loss .................................................. | **15b** | |
| | **c** | Depletion (other than oil and gas)..................................... | **15c** | |
| | **d** | Oil, gas, and geothermal properties — gross income ................... | **15d** | |
| | **e** | Oil, gas, and geothermal properties — deductions ..................... | **15e** | |
| | **f** | Other AMT items (attach statement) ................................... | **15f** | |
| **Items Affec-ting Share-holder Basis** | **16a** | Tax-exempt interest income............................................ | **16a** | |
| | **b** | Other tax-exempt income.............................................. | **16b** | |
| | **c** | Nondeductible expenses .............................................. | **16c** | |
| | **d** | Distributions (attach stmt if required) (see instrs) .................... | **16d** | |
| | **e** | Repayment of loans from shareholders.............................. | **16e** | |
| | **f** | Foreign taxes paid or accrued........................................ | **16f** | |

**BAA**                                SPSA0134  09/14/22                          Form **1120-S** (2022)

Form 1120-S (2022)   BEST ROCK QUARRY, INC.                                    26-4550519         Page **4**

| Schedule K | Shareholders' Pro Rata Share Items *(continued)* | | Total amount |
|---|---|---|---|

| Other Infor-mation | **17a** Investment income | 17a | |
| | **b** Investment expenses | 17b | |
| | **c** Dividend distributions paid from accumulated earnings and profits | 17c | |
| | **d** Other items and amounts (attach statement) | | |
| Recon-ciliation | **18** **Income (loss) reconciliation.** Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 16f | 18 | −9,269. |

| Schedule L | Balance Sheets per Books | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | Assets | (a) | (b) | (c) | (d) |
| 1 | Cash | | | | |
| 2a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | ( ) | | ( ) | |
| 3 | Inventories | | 785,745. | | 785,745. |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities (see instructions) | | | | |
| 6 | Other current assets (attach stmt) . . . . SEE ST 2 | | 74. | | 74. |
| 7 | Loans to shareholders | | 100,512. | | 100,512. |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (attach statement) | | | | |
| 10a | Buildings and other depreciable assets | 442,937. | | 442,937. | |
| b | Less accumulated depreciation | ( 253,092.) | 189,845. | ( 254,987.) | 187,950. |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | ( ) | | ( ) | |
| 12 | Land (net of any amortization) | | 2,828,880. | | 2,828,880. |
| 13a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | ( ) | | ( ) | |
| 14 | Other assets (attach stmt) . . . . . SEE ST 3 | | 103,878. | | 103,878. |
| 15 | Total assets | | 4,008,934. | | 4,007,039. |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | | | |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | Other current liabilities (attach stmt) . . SEE ST 4 | | 5,457. | | 5,457. |
| 19 | Loans from shareholders | | 6,099,803. | | 6,107,179. |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | | | |
| 21 | Other liabilities (attach statement) . . . . SEE ST 5 | | 2. | | |
| 22 | Capital stock | | 1,000. | | 1,000. |
| 23 | Additional paid-in capital | | | | |
| 24 | Retained earnings | | −2,097,328. | | −2,106,597. |
| 25 | Adjustments to shareholders' equity (att stmt) | | | | |
| 26 | Less cost of treasury stock | | ( ) | | ( ) |
| 27 | Total liabilities and shareholders' equity | | 4,008,934. | | 4,007,039. |

DO NOT MAIL

SPSA0134   09/14/22                                              Form **1120-S** (2022)

Form 1120-S (2022)  BEST ROCK QUARRY, INC.                                    26-4550519           Page **5**

| **Schedule M-1** | **Reconciliation of Income (Loss) per Books With Income (Loss) per Return** |
|---|---|

**Note:** The corporation may be required to file Schedule M-3. See instructions.

| | | | | | | |
|---|---|---|---|---|---|---|
| **1** | Net income (loss) per books.............. | -9,269. | **5** | Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | | |
| **2** | Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize): | | **a** | Tax-exempt interest.. $ _ _ _ _ _ _ _ _ _ _ | | |
| | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | |
| **3** | Expenses recorded on books this year not included on Schedule K, lines 1 through 12 and 16f (itemize): | | **6** | Deductions included on Schedule K, lines 1 through 12, and 16f, not charged against book income this year (itemize): | | |
| **a** | Depreciation........ $ _ _ _ _ _ _ _ _ _ _ | | **a** | Depreciation ... $ _ _ _ _ _ _ _ _ _ _ | | |
| **b** | Travel and entertainment $ _ _ _ _ _ _ _ _ _ _ | | | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | |
| | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | **7** | Add lines 5 and 6....................... | | 0. |
| **4** | Add lines 1 through 3..................... | -9,269. | **8** | Income (loss) (Schedule K, line 18). Subtract line 7 from line 4..... | | -9,269. |

| **Schedule M-2** | **Analysis of Accumulated Adjustments Account, Shareholders' Undistributed Taxable Income Previously Taxed, Accumulated Earnings and Profits, and Other Adjustments Account** (see instructions) |
|---|---|

| | | **(a)** Accumulated adjustments account | **(b)** Shareholders' undistributed taxable income previously taxed | **(c)** Accumulated earnings and profits | **(d)** Other adjustments account |
|---|---|---|---|---|---|
| **1** | Balance at beginning of tax year................ | -6,116. | | | |
| **2** | Ordinary income from page 1, line 21............ | | | | |
| **3** | Other additions.................................. | | | | |
| **4** | Loss from page 1, line 21....................... | ( 9,269.) | | | |
| **5** | Other reductions................................ | ( ) | | | ( ) |
| **6** | Combine lines 1 through 5....................... | -15,385. | | | |
| **7** | Distributions.................................... | | | | |
| **8** | Balance at end of tax year. Subtract line 7 from line 6........ | -15,385. | | | |

SPSA0134   09/14/22                                                    Form **1120-S** (2022)

DO NOT MAIL

**Fill in this information to identify the case:**

Debtor name    **Best Rock Quarry, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   8-22-23   X _____
                                      Signature of individual signing on behalf of debtor

**Scott Martin**
Printed name

**CEO**
Position or relationship to debtor

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Best Rock Quarry, Inc.** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim *If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim.* | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| CDTFA P.O. Box 942879 Sacramento, CA 94279 | (951) 680-6400 | Sales and Use Tax | | | | $8,824.97 |
| CDTFA 3737 Main St., Ste. 1000 Riverside, CA 92501-3395 | (951) 680-6400 | Sales and Use Tax | | | | $5,556.06 |
| Charter Communications 400 Washington Blvd. Stamford, CT 06902 | (855) 707-7328 | Business expense | | | | $680.89 |
| Dept. of the Treasury Bureau of Fiscal Service 3201 Pennsy Dr. Bldg. E Hyattsville, MD 20785 | (800) 304-3107 | Business expense | | | | $803.40 |
| EDD P.O. Box 826215 MIC 3A Sacramento, CA 94230-6215 | (800) 480-3287 | UI/SDI/Underpayment penalty and Interest | | | | $30.25 |
| Powerscreen of Northern CA 1205 Business Park Dr. Dixon, CA 95620 | info@powerscreencalifornia.com (707) 253-1874 | Business vendor | | | | $21,785.69 |

Debtor    **Best Rock Quarry, Inc.** _____    Case number _(if known)_ _____
　　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **San Bernardino County Tax Collector 268 W. Hospitality Ln, First Fl. San Bernardino, CA 92408** | | **APN: 0497-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 RK SND GRV - Single Family Residential Situs Address: 26282 Neuman Rd, Barstow, CA 92587 Mailing Address: 31524 Railroad Cany** | | **$497,518.62** | **$57,642.00** | **$439,876.62** |
| **San Bernardino County Tax Collector 268 W. Hospitality Ln, First Fl. San Bernardino, CA 92408** | **(909) 387-8308** | **Unsecured property tax bills** | | | | **$3,437.36** |
| **San Bernardino County Tax Collector 268 W. Hospitality Ln, First Fl. San Bernardino, CA 92408** | **(909) 387-8308** | **APN: 0497-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 Vacant - Industrial Mailing Address: 31524 Railroad Canyon Rd., Ste. 4, Canyon Lake, CA 92587** | | **$1,864.95** | **$1,215.00** | **$649.95** |
| **Southern California Edison Post Office Box 600 Rosemead, CA 91772-0002** | **(800) 990-7788** | **Utilities** | | | | **$14,669.45** |
| **Spectrum P.O. Box City of Industry, CA 91716-0074** | **(855) 707-7328** | **Business expense** | | | | **$562.23** |
| **T.E. Deloss Equipment Rentals P.O. Box 459 Barstow, CA 92312** | **(760) 256-1066** | **Equipment rental** | | | | **$464.01** |
| **The Local Pages 4910 W. Amelia Earhart Dr. Ste. 1 Salt Lake City, UT 84116** | **(801) 963-1702** | **Business expense** | | | | **$1,147.09** |

# United States Bankruptcy Court
## Central District of California

In re    **Best Rock Quarry, Inc.** _____

Debtor(s)

Case No. _____

Chapter    **11** _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Marjan Pousti**<br>**5995 Del Mar Mesa Rd.**<br>**San Diego, CA 92130** | **Common** | **25%** | **Equity** |
| **Scott Martin**<br>**26282 Neuman Rd.**<br>**Barstow, CA 92311** | **Common** | **50%** | **Equity** |
| **Tom Pousti**<br>**5995 Del Mar Mesa Rd.**<br>**San Diego, CA 92130** | **Common** | **25%** | **Equity** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  8-22-23 _____    Signature _____
Scott Martin

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**STATEMENT OF RELATED CASES**
**INFORMATION REQUIRED BY LBR 1015-2**
**UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA**

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None.**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None.**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None.**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at **Riverside** , California.

Date: **B-22-23**

Scott Martin
Signature of Debtor 1

Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2018*                    *Page 1*                    **F 1015-2.1.STMT.RELATED.CASES**

**Fill in this information to identify the case:**

Debtor name    **Best Rock Quarry, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*...........................................................................    $        4,553,023.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.......................................................................    $        309,653.75

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.........................................................................    $        4,862,676.75

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $        629,402.79

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $        14,411.28

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$        6,150,729.12

4.  Total liabilities ...........................................................................................................
   Lines 2 + 3a + 3b                    $        6,794,543.19

**Fill in this information to identify the case:**

Debtor name    **Best Rock Quarry, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an
   amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Chase<br>JPMorgan Chase Bank N.A. | Business checking account | 7020 | $20.75 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**                                                                 $20.75
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes Fill in the information below.

| Debtor | **Best Rock Quarry, Inc.** | Case number *(If known)* | |
|--------|---------------------------|------|---|
| | Name | | |

---

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.  Go to Part 6.
☐ Yes Fill in the information below.

---

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No.  Go to Part 8.
☐ Yes Fill in the information below.

---

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☒ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.**   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.**   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.**   **Aircraft and accessories** | | | |
| **50.**   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| **Septic Tank** | $0.00 | **Tax records** | $4,012.00 |
| **500 Ft Electrical Line** | $0.00 | **Tax records** | $4,814.00 |
| **4000 Fencing** | $0.00 | **Tax records** | $12,033.00 |
| **2007 Kawasaki Loader** | $0.00 | **Tax records** | $168,801.00 |
| **Water Truck** | $0.00 | **Tax records** | $15,000.00 |
| **Well Pump** | $0.00 | **Tax records** | $3,587.00 |
| **Computer** | $0.00 | **Tax records** | $874.00 |

| Debtor | **Best Rock Quarry, Inc.** | Case number *(If known)* |
|---|---|---|
| | Name | |

**51.** **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$209,121.00

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No
☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes Fill in the information below.

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.1. APN: 0497-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 Vacant - Industrial Mailing Address: 31524 Railroad Canyon Rd., Ste. 4, Canyon Lake, CA 92587** | Fee simple | $0.00 | Tax records | $1,215.00 |
| **55.2. APN: 0497-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 Well site - Industrial Mailing Address: 31524 Railroad Canyon Rd., Ste. 4, Canyon Lake, CA 92587** | Fee simple | $0.00 | Tax records | $25,485.00 |
| **55.3. APN: 0497-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 RK SND GRV - Single Family Residential Situs Address: 26282 Neuman Rd, Barstow, CA 92587 Mailing Address: 31524 Railroad Canyon Rd., Ste. 4, Canyon Lake, CA 92587** | Fee simple | $0.00 | Tax records | $57,642.00 |

| Debtor | **Best Rock Quarry, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 55.4. | **APN: 0497-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 SFR - Industrial Situs Address: 26388 Neuman Rd., Barstow, CA 92311 Mailing Address: 31524 Railroad Canyon Rd., Ste. 4, Canyon Lake, CA 92587** | Fee simple | $0.00 | Tax records | $3,651,395.00 |
| 55.5. | **APN: 0497-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 SFR 2 - Single Family Residential Situs Address: 26338 Neuman Rd., A/B, Barstow, CA 92311 Mailing Address: 31524 Railroad Canyon Rd., Ste. 4, Canyon Lake, CA 92587** | Fee simple | $0.00 | Tax records | $817,286.00 |

| | | |
|---|---|---|
| 56. | **Total of Part 9.**  Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88. | $4,553,023.00 |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

 ■ No
 ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

 ■ No
 ☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

 ■ No.  Go to Part 11.
 ☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
 Include all interests in executory contracts and unexpired leases not previously reported on this form.

 ☐ No.  Go to Part 12.
 ■ Yes Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**
 Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**

Debtor    **Best Rock Quarry, Inc.**
_____    Case number *(If known)* _____
Name

Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit
has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of
every nature, including counterclaims of the debtor and rights to
set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
country club membership
**Loan to Shareholder**
**Scott Martin**
_____                                    **$100,512.00**

---

78.    **Total of Part 11.**                                              | **$100,512.00** |
Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor    **Best Rock Quarry, Inc.**_____    Case number *(If known)* _____
⎯⎯ Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $20.75 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $209,121.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ......................................................> | | $4,553,023.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $100,512.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $309,653.75 | + 91b. $4,553,023.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $4,862,676.75 |

**Fill in this information to identify the case:**

Debtor name **Best Rock Quarry, Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1  CDTFA**<br>Creditor's Name<br><br><br>P.O. Box 942879<br>Sacramento, CA 94279<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**7/1/2018**<br>**Last 4 digits of account number**<br>**8578**<br>Do multiple creditors have an interest in the same property?<br>☐ No<br>☑ Yes. Specify each creditor, including this creditor and its relative priority.<br>**1. San Bernardino County Tax Collector**<br>**2. CDTFA** | **Describe debtor's property that is subject to a lien**<br>**APN: 0497-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**<br>**SFR - Industrial**<br>**Situs Address: 26388 Neuman Rd., Barstow, CA 92311**<br>**Mailing Address: 31524 Railroad Canyon Rd., Ste. 4, Canyon Lake, CA 92587**<br><br>**Describe the lien**<br>**State Tax Lien**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$5,890.46** | **$3,651,395.00** |
| **2.2  San Bernardino County Tax Collector**<br>Creditor's Name<br><br>**268 W. Hospitality Ln, First Fl.**<br>**San Bernardino, CA 92408**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known | **Describe debtor's property that is subject to a lien**<br>**APN: 0497-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**<br>**Vacant - Industrial**<br>**Mailing Address: 31524 Railroad Canyon Rd., Ste. 4, Canyon Lake, CA 92587**<br><br>**Describe the lien**<br>**Real property taxes**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?** | **$1,864.95** | **$1,215.00** |

| Debtor | **Best Rock Quarry, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**Date debt was incurred**
**6/30/2017**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**0000**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **San Bernardino County Tax Collector** | | $555.78 | $25,485.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

**268 W. Hospitality Ln, First Fl.**
**San Bernardino, CA 92408**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**APN: 0497-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**
**Well site - Industrial**
**Mailing Address: 31524 Railroad Canyon Rd., Ste. 4, Canyon Lake, CA 92587**

**Describe the lien**
**Real property taxes**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**6/30/2017**

**Last 4 digits of account number**
**0000**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **San Bernardino County Tax Collector** | | $497,518.62 | $57,642.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

**268 W. Hospitality Ln, First Fl.**
**San Bernardino, CA 92408**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**APN: 0497-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**
**RK SND GRV - Single Family Residential**
**Situs Address: 26282 Neuman Rd, Barstow, CA 92587**
**Mailing Address: 31524 Railroad Canyon Rd., Ste. 4, Canyon Lake, CA 92587**

**Describe the lien**
**Real property taxes**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**6/30/2017**

**Last 4 digits of account number**
**0000**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | **Best Rock Quarry, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **San Bernardino County Tax Collector** | | $112,409.16 | $3,651,395.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**APN: 0497-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**
**SFR - Industrial**
**Situs Address: 26388 Neuman Rd., Barstow, CA 92311**
**Mailing Address: 31524 Railroad Canyon Rd., Ste. 4, Canyon Lake, CA 92587**

**268 W. Hospitality Ln, First Fl.**
**San Bernardino, CA 92408**

Creditor's mailing address

**Describe the lien**
**Real property taxes**
Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**6/30/2017**
**Last 4 digits of account number**
**0000**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **San Bernardino County Tax Collector** | | $11,163.82 | $817,286.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**APN: 0497-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**
**SFR 2 - Single Family Residential**
**Situs Address: 26338 Neuman Rd., A/B, Barstow, CA 92311**
**Mailing Address: 31524 Railroad Canyon Rd., Ste. 4, Canyon Lake, CA 92587**

**268 W. Hospitality Ln, First Fl.**
**San Bernardino, CA 92408**

Creditor's mailing address

**Describe the lien**
**Real property taxes**
Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**6/30/2017**
**Last 4 digits of account number**
**0000**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $629,402.79 |
|---|---|---|

| Debtor | **Best Rock Quarry, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **CDTFA**<br>**3737 Main St., Ste. 1000**<br>**Riverside, CA 92501-3395** | Line __2.1__ | **3579** |

**Fill in this information to identify the case:**

Debtor name    **Best Rock Quarry, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**CDTFA**<br>**3737 Main St., Ste. 1000**<br>**Riverside, CA 92501-3395** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$5,556.06** | **$5,556.06** |
|  | Date or dates debt was incurred<br>**11/9/2021** | Basis for the claim:<br>**Sales and Use Tax** | | |
|  | Last 4 digits of account number **3579** | Is the claim subject to offset? | | |
|  | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**CDTFA**<br>**P.O. Box 942879**<br>**Sacramento, CA 94279** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$8,824.97** | **$8,824.97** |
|  | Date or dates debt was incurred<br>**6/8/2021** | Basis for the claim:<br>**Sales and Use Tax** | | |
|  | Last 4 digits of account number **5887** | Is the claim subject to offset? | | |
|  | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| Debtor | **Best Rock Quarry, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.25 | $30.25 |
|---|---|---|---|---|

**EDD**
**P.O. Box 826215**
**MIC 3A**
**Sacramento, CA 94230-6215**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **7/2021** | **UI/SDI/Underpayment penalty and Interest** |

Last 4 digits of account number **7233**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Franchise Tax Board**
**Attn: Bankruptcy Unit**
**P.O. Box 2952**
**Sacramento, CA 95812**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Notice only** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service**
**Centralized Insolvency Operations**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Notice only** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**Part 2:** **List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $680.89 |
|---|---|---|---|

**Charter Communications**
**400 Washington Blvd.**
**Stamford, CT 06902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/10/2022**

Last 4 digits of account number  **2578**

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Best Rock Quarry, Inc.** | | Case number (if known) | |
| --- | --- | --- | --- | --- |
| | Name | | | |

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$803.40** |
| --- | --- | --- | --- |

**Dept. of the Treasury**
**Bureau of Fiscal Service**
**3201 Pennsy Dr.**
**Bldg. E**
**Hyattsville, MD 20785**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:  Business expense**

Last 4 digits of account number  **4060**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,053,589.00** |
| --- | --- | --- | --- |

**Marjan Pousti**
**5995 Del Mar Mesa Rd.**
**San Diego, CA 92130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:  Shareholder loans**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,785.69** |
| --- | --- | --- | --- |

**Powerscreen of Northern CA**
**1205 Business Park Dr.**
**Dixon, CA 95620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

**Basis for the claim:  Business vendor**

Last 4 digits of account number  **7625**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,437.36** |
| --- | --- | --- | --- |

**San Bernardino County Tax Collector**
**268 W. Hospitality Ln, First Fl.**
**San Bernardino, CA 92408**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:  Unsecured property tax bills**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,669.45** |
| --- | --- | --- | --- |

**Southern California Edison**
**Post Office Box 600**
**Rosemead, CA 91772-0002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:  Utilities**

Last 4 digits of account number  **8441**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$562.23** |
| --- | --- | --- | --- |

**Spectrum**
**P.O. Box**
**City of Industry, CA 91716-0074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/24/2020**

**Basis for the claim:  Business expense**

Last 4 digits of account number  **2420**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$464.01** |
| --- | --- | --- | --- |

**T.E. Deloss Equipment Rentals**
**P.O. Box 459**
**Barstow, CA 92312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/15/2019**

**Basis for the claim:  Equipment rental**

Last 4 digits of account number  **1404**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Best Rock Quarry, Inc.**                                          Case number (if known) _____
            Name

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,147.09 |

**The Local Pages**
**4910 W. Amelia Earhart Dr.**
**Ste. 1**
**Salt Lake City, UT 84116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/6/2020

Basis for the claim:  Business expense

Last 4 digits of account number  1935

Is the claim subject to offset? ☒ No ☐ Yes

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,053,590.00 |

**Tom Pousti**
**5995 Del Mar Mesa Rd.**
**San Diego, CA 92130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Shareholder loans

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Sunrise Credit Services**<br>**260 Airport Plaza**<br>**Post Office Box 9100**<br>**Farmingdale, NY 11735-9100** | Line  3.1<br><br>☐ Not listed. Explain ____ | 1523 |
| 4.2 | **The CBE Group**<br>**1309 Technology Pkwy.**<br>**Cedar Falls, IA 50613** | Line  3.2<br><br>☐ Not listed. Explain ____ | 4060 |

---

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 14,411.28 |
| **5b. Total claims from Part 2** | 5b.  + | $ 6,150,729.12 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 6,165,140.40 |

**Fill in this information to identify the case:**

Debtor name    **Best Rock Quarry, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**

    ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1    State what the contract or lease is for and the nature of the debtor's interest | |
|    State the term remaining | |
|    List the contract number of any government contract | |
| 2.2    State what the contract or lease is for and the nature of the debtor's interest | |
|    State the term remaining | |
|    List the contract number of any government contract | |
| 2.3    State what the contract or lease is for and the nature of the debtor's interest | |
|    State the term remaining | |
|    List the contract number of any government contract | |
| 2.4    State what the contract or lease is for and the nature of the debtor's interest | |
|    State the term remaining | |
|    List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name **Best Rock Quarry, Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors
**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | | Name | *Check all schedules that apply:* |
|---|---|---|---|---|---|
| 2.1 | _____ | Street | | _____ | ☐ D |
| | | _____ | | | ☐ E/F |
| | | City          State     Zip Code | | | ☐ G |
| 2.2 | _____ | Street | | _____ | ☐ D |
| | | _____ | | | ☐ E/F |
| | | City          State     Zip Code | | | ☐ G |
| 2.3 | _____ | Street | | _____ | ☐ D |
| | | _____ | | | ☐ E/F |
| | | City          State     Zip Code | | | ☐ G |
| 2.4 | _____ | Street | | _____ | ☐ D |
| | | _____ | | | ☐ E/F |
| | | City          State     Zip Code | | | ☐ G |

**Fill in this information to identify the case:**

Debtor name      **Best Rock Quarry, Inc.**

United States Bankruptcy Court for the:      CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)      _____

☐ Check if this is an
amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy        04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

   ■ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

   | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
   |---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

Debtor    **Best Rock Quarry, Inc.**                                Case number *(if known)*

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| **Part 4:** | **Certain Gifts and Charitable Contributions** |
|---|---|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| **Part 5:** | **Certain Losses** |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor    **Best Rock Quarry, Inc.**                                    Case number *(if known)*

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Law Office of Lazaro E. Fernandez, Inc.**<br>**3600 Lime St., Ste. 326**<br>**Riverside, CA 92501** | **Attorney Fees** | **8/18/2023** | **$20,000.00** |
| Email or website address<br>**lef17@pacbell.net** | | | |
| **Who made the payment, if not debtor?** | | | |
| 11.2. **Law Office of Lazaro E. Fernandez, Inc.**<br>**3600 Lime St., Ste. 326**<br>**Riverside, CA 92501** | **Filing Fee** | **8/18/2023** | **$1,738.00** |
| Email or website address<br>**lef17@pacbell.net** | | | |
| **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**    **Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:**    **Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

Debtor    **Best Rock Quarry, Inc.**                                              Case number *(if known)*

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
|  |  |  |

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
|  |  |  |  |  |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
|  |  |  |  |

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
|  |  |  |  |

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| Debtor | **Best Rock Quarry, Inc.** | Case number *(if known)* | |

---

**Part 12:**  Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**  Details About the Debtor's Business or Connections to Any Business

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Price & Farrington**<br>**9404 Genesee Ave., Ste. 210**<br>**La Jolla, CA 92307** | **2021-2022** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

Debtor    **Best Rock Quarry, Inc.**                                          Case number *(if known)*

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Scott Martin**<br>**26282 Neuman Rd.**<br>**Barstow, CA 92311** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Scott Martin | 26282 Neuman Rd.<br>Barstow, CA 92311 | CEO | 50% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Marjan Pousti | 5995 Del Mar Mesa Rd.<br>San Diego, CA 92130 | Secretary | 25% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Tom Pousti | 5995 Del Mar Mesa Rd.<br>San Diego, CA 92130 | CFO | 25% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

Debtor    **Best Rock Quarry, Inc.**                                    Case number *(if known)* _____

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor    **Best Rock Quarry, Inc.**                                          Case number *(if known)*

---

**Part 14:**  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     02-22-23

_____          _____
Signature of individual signing on behalf of the debtor          **Scott Martin**
                                                                  Printed name

Position or relationship to debtor     **CEO**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
■ No
☐ Yes

Official Form 207                      Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                      page 8

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re __Best Rock Quarry, Inc._____    Case No. _____

                                         Debtor(s)           Chapter __11__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept _____    $ _____20,000.00

   Prior to the filing of this statement I have received _____    $ _____20,000.00

   Balance Due _____    $ _____0.00

2. $__1,738.00__ of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_August 22, 2023_
Date

Lazaro E. Fernandez 134430
*Signature of Attorney*
**Law Office of Lazaro E. Fernandez, Inc.**
**3600 Lime St., Ste. 326**
**Riverside, CA 92501**
**T: 951-684-4474  Fax: F: 951-684-4625**
**lef17@pacbell.net**
*Name of law firm*

| Attorney or Party Name, Address, Telephone & FAX Nos.,<br>State Bar No. & Email Address<br>Lazaro E. Fernandez 134430<br>3600 Lime St., Ste. 326<br>Riverside, CA 92501<br>T: 951-684-4474 Fax: F: 951-684-4625<br>California State Bar Number: 134430 CA<br>lef17@pacbell.net | FOR COURT USE ONLY |
|---|---|
| ☐ *Debtor(s) appearing without an attorney*<br>■ *Attorney for Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>    **Best Rock Quarry, Inc.**<br><br><br><br><br><br>                                                      Debtor(s). | CASE NO.:<br>CHAPTER: 11<br><br>---<br><br>**VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
|---|---|

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the
master mailing list of creditors filed in this bankruptcy case, consisting of __4__ sheet(s) is complete, correct, and
consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: _8-22-23_

                                        Signature of Debtor 1

Date: _____

                                        Signature of Debtor 2 (joint debtor) (if applicable)

Date: _August 22, 2023_

                                        Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                        **F 1007-1.MAILING.LIST.VERIFICATION**

Best Rock Quarry, Inc.
26282 Neuman St.
Barstow, CA 92311


Lazaro E. Fernandez
Law Office of Lazaro E. Fernandez, Inc.
3600 Lime St., Ste. 326
Riverside, CA 92501


U.S. Trustee (Riv.)
3801 University Ave.
Suite 720
Riverside, CA 92501

CDTFA
P.O. Box 942879
Sacramento, CA 94279


CDTFA
3737 Main St., Ste. 1000
Riverside, CA 92501-3395


Charter Communications
400 Washington Blvd.
Stamford, CT 06902


Dept. of the Treasury
Bureau of Fiscal Service
3201 Pennsy Dr.
Bldg. E
Hyattsville, MD 20785


EDD
P.O. Box 826215
MIC 3A
Sacramento, CA 94230-6215


Franchise Tax Board
Attn: Bankruptcy Unit
P.O. Box 2952
Sacramento, CA 95812


Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346


Marjan Pousti
5995 Del Mar Mesa Rd.
San Diego, CA 92130

Powerscreen of Northern CA
1205 Business Park Dr.
Dixon, CA 95620


San Bernardino County Tax Collector
268 W. Hospitality Ln, First Fl.
San Bernardino, CA 92408


Southern California Edison
Post Office Box 600
Rosemead, CA 91772-0002


Spectrum
P.O. Box
City of Industry, CA 91716-0074


Sunrise Credit Services
260 Airport Plaza
Post Office Box 9100
Farmingdale, NY 11735-9100


T.E. Deloss Equipment Rentals
P.O. Box 459
Barstow, CA 92312


The CBE Group
1309 Technology Pkwy.
Cedar Falls, IA 50613


The Local Pages
4910 W. Amelia Earhart Dr.
Ste. 1
Salt Lake City, UT 84116

Tom Pousti
5995 Del Mar Mesa Rd.
San Diego, CA 92130

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Lazaro E. Fernandez 134430**<br>**3600 Lime St., Ste. 326**<br>**Riverside, CA 92501**<br>**T: 951-684-4474 Fax: F: 951-684-4625**<br>California State Bar Number: **134430 CA**<br>**lef17@pacbell.net** | |
| ☑ *Attorney for:* | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>**Best Rock Quarry, Inc.**<br><br>Debtor(s),<br><br>Plaintiff(s),<br><br><br><br><br><br><br>Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:    **11** |
|---|---|
| | ### CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4 |
| | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,    __Scott Martin_____ , the undersigned in the above-captioned case, hereby declare
        *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

_____
This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                    **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.       I have personal knowledge of the matters set forth in this Statement because:
   ☐ I am the president or other officer or an authorized agent of the Debtor corporation
   ☐ I am a party to an adversary proceeding
   ☐ I am a party to a contested matter
   ☑ I am the attorney for the Debtor corporation

2.a.    ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any
          class of the corporation's(s') equity interests:
          *[For additional names, attach an addendum to this form.]*

   b.    ☑ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

8-22-23
_____
Date

By: _____
       Signature of Debtor, or attorney for Debtor

Name:   **Scott Martin**
         _____
         Printed name of Debtor, or attorney for
         Debtor

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                      **F 1007-4.CORP.OWNERSHIP.STMT**